JEFFREY M. TANENBAUM, State Bar No. 104951
jtanenbaum@nixonpeabody.com
JOSHUA M. HENDERSON, State Bar No. 197435
jhenderson@nixonpeabody.com
MATTHEW J. FRANKEL, State Bar No. 256633
mfrankel@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Defendant
USS-POSCO INDUSTRIES

H. Larry Elam III (SBN 178836)
larry@vefirm.com
Mark L. Venardi (SBN 173140)
THE VENARDI ELAM FIRM, LLP
2033 North Main Street, Suite 750
Two Ygnacio Center
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiff
ROBERT L. DARDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. DARDEN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>USS-POSCO INDUSTRIES, a Delaware corporation; MARIANE SMITH, a California resident; MICHAEL CONNALLY, a California resident; and DOES 1-20,<br><br>          Defendants. | Case No. CV-08-05191-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE AND
RELATED DEADLINES – CASE NO. CV-08-05191-CRB**

12376871.1

Plaintiff Robert L. Darden and Defendants USS-Posco Industries, Mariane Smith, and Michael Connally, by and through their respective counsel, hereby stipulate as follows:

1. On January 29, 2009, after hearing on (i) Plaintiff's Motion to Remand and (ii) Defendants' Motion to Dismiss Plaintiff's Second Cause of Action, the Court granted Defendants' Motion to Dismiss with leave to amend and denied Plaintiff's Motion to Remand without prejudice. The Court further ordered Plaintiff to submit an Amended Complaint, if any, within twenty (20) days.

2. Plaintiff's counsel indicated that Plaintiff would likely file an Amended Complaint. Should Plaintiff file an Amended Complaint, the parties anticipate further motion practice regarding the sufficiency of Plaintiff's harassment claim against the California-resident Defendants Smith and Connally and thus the Court's jurisdiction over this case.

3. Pending the Court's final determination of whether it has jurisdiction over this case, the parties hereby stipulate and respectfully request that the Court continue the Initial Case Management Conference in this action, currently scheduled for February 20, 2009, and all related deadlines, by approximately sixty (60) days, as follows:

| EVENT | EXISTING DEADLINE | NEW DEADLINE |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | January 30, 2009 | March 31, 2009 |
| Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | January 30, 2009 | March 31, 2009 |
| Last Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | February 13, 2009 | April 14, 2009 |
| Initial Case Management Conference | February 20, 2009 | April 21, 2009 |

4. Continuing the above deadlines in this fashion will allow the parties to avoid the time and expense of meeting federal initial disclosure and case management obligations until they are

-2-

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES – CASE NO. CV-08-05191-CRB**

12376871.1

certain that the case will remain in federal court. Further, neither the parties nor the Court will be prejudiced by such a continuance.

IT IS SO STIPULATED.

DATED: January 29, 2009          Respectfully submitted,

                                 NIXON PEABODY LLP


                                 By: /s/ *Matthew J. Frankel*
                                     JOSHUA M. HENDERSON
                                     MATTHEW J. FRANKEL
                                     Attorneys for Defendants
                                     USS-POSCO INDUSTRIES, MARIANE
                                     SMITH, and MICHAEL CONNALLY


DATED: January 29, 2009          Respectfully submitted,

                                 THE VENARDI ELAM FIRM, LLP


                                 By: /s/ *H. Larry Elam*
                                     H. LARRY ELAM III
                                     Attorneys for Plaintiff
                                     ROBERT L. DARDEN


IT IS SO ORDERED.

Dated: __February 2, 2009__      By: _____
                                     CHARLES R. BREYER
                                     United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

-3-

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE AND
RELATED DEADLINES – CASE NO. CV-08-05191-CRB**

12376871.1