1   JEFFREY M. TANENBAUM, State Bar No. 104951
    JOSHUA M. HENDERSON, State Bar No. 197435
2   MATTHEW J. FRANKEL, State Bar No. 256633
    NIXON PEABODY LLP
3   One Embarcadero Center, 18th Floor
    San Francisco, California 94111-3600
4   Telephone: (415) 984-8200
    Fax:  (415) 984-8300
5   jtanenbaum@nixonpeabody.com
    jhenderson@nixonpeabody.com
6   mfrankel@nixonpeabody.com

7   Attorneys for Defendant
    USS-POSCO INDUSTRIES
8

9   H. LARRY ELAM III, State Bar No. 178836
    MARK L. VENARDI, State Bar No. 173140
10  THE VENARDI ELAM FIRM, LLP
    2033 N. Main Street, Suite 750
11  Walnut Creek, CA, 94596
    Telephone: (925) 937-3903
12  Fax: (925) 937-3905
    larry@vefirm.com
13

14  Attorneys for Plaintiff
    ROBERT L. DARDEN
15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18

19

20  ROBERT L. DARDEN,                        Case No. CV-08-05191-CRB

21                     Plaintiffs,           **STIPULATION REGARDING CASE
                                             SCHEDULE AND ~~PROPOSED~~**
22          vs.                              **ORDER**

23  USS-POSCO INDUSTRIES, a Delaware         **Judge:**    Honorable Charles R. Breyer
    corporation; MARIANE SMITH, a California
24  resident; MICHAEL CONNALLY, a California
    resident; and DOES 1-20,
25

26                     Defendants.

27

28

1    Pursuant to the Court's Order of April 24, 2009 and applicable Local Rules and Standing

2   Orders, counsel for the parties in the above captioned action have conferred and agreed and to the

3   following case schedule.  The parties hereby respectfully request that the Court enter an Order

4   adopting the agreed-to schedule.

5

6

| DATE | EVENT |
|------|-------|
| October 13, 2009 | Disclosure of expert witnesses and reports |
| October 19, 2009 | Fact discovery cut-off |
| November 6, 2009 | Last day to file dispositive motions |
| January 5, 2010 | Pretrial conference [per Order of the Court dated April 24, 2009] |
| January 11, 2010 | First day of trial [per Order of the Court dated April 24, 2009] |

13

14   IT IS SO STIPULATED.

15   Dated:      June 15, 2009              THE VENARDI ELAM FIRM LLP

16

17                                         By: /s/ *H. Larry Elam III*

18                                              H. LARRY ELAM III
                                                Attorneys for Plaintiff
19                                              ROBERT L. DARDEN

20

21   Dated:      June 15, 2009              NIXON PEABODY LLP

22

23                                         By: /s/ *Matthew J. Frankel*
                                                JEFFREY M. TANENBAUM
24                                              JOSHUA M. HENDERSON
                                                MATTHEW J. FRANKEL
25                                              Attorneys for Defendant
                                                USS-POSCO INDUSTRIES

26

27

28
     STIPULATION REGARDING CASE SCHEDULE AND           2
     PROPOSED ORDER; Case No. CV-08-05191-CRB

1    I attest under penalty of perjury that concurrence in the filing of this document has been

2    obtained from H. Larry Elam III.

3    Dated:          June 15, 2009              By: /s/ Matthew J. Frankel
                                                    MATTHEW J. FRANKEL
4                                                   Attorney for Defendant
                                                    USS-POSCO INDUSTRIES
5

6                              **CASE MANAGEMENT ORDER**

7           The foregoing Stipulation Regarding Case Schedule is hereby adopted by the Court as the

8    Case Scheduling Order for the case.

9

10   Dated:  June 18, 2009            _____
                                      HONORABLE CHARLES R. BREYER
11                                    UNITED STATES DISTRICT

12                                    IT IS SO ORDERED

13                                    Judge Charles R. Breyer

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     STIPULATION REGARDING CASE SCHEDULE AND              3
     PROPOSED ORDER; Case No. CV-08-05191-CRB