1  JEFFREY M. TANENBAUM, State Bar No. 104951
   jtanenbaum@nixonpeabody.com
2  JOSHUA M. HENDERSON, State Bar No. 197435
   jhenderson@nixonpeabody.com
3  MATTHEW J. FRANKEL, State Bar No. 256633
   mfrankel@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
6  Fax:  (415) 984-8300

7  Attorneys for Defendant
   USS-POSCO INDUSTRIES
8
   H. LARRY ELAM III, State Bar No. 178836
9  larry@vefirm.com
   MARK L. VENARDI, State Bar No. 173140
10 mvenardi@vefirm.com
   THE VENARDI ELAM FIRM, LLP
11 2033 N. Main Street, Suite 750
   Walnut Creek, CA, 94596
12 Telephone: (925) 937-3903
   Fax: (925) 937-3905
13 larry@vefirm.com

14 Attorneys for Plaintiff
   ROBERT L. DARDEN
15

16                    UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA
18

19
   ROBERT L. DARDEN,                    | Case No. CV-08-05191-CRB
20                                      |
                     Plaintiffs,        | **STIPULATION OF DISMISSAL OF**
21                                      | **ACTION WITH PREJUDICE**
        vs.                             |
22                                      | [F.R.C.P. 41(a)(1)]
   USS-POSCO INDUSTRIES, a Delaware     |
23 corporation,                         |
                                        |
24                   Defendant.         |
25

26

27

28

USS-POSCO INDUSTRIES' INITIAL DISCLOSURES;                                11169791.2
CASE NO. CV-08-05191-CRB

IT IS HEREBY STIPULATED by and between the Parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:   July 24, 2009                     THE VENARDI ELAM FIRM LLP


By:/s/ *H. Larry Elam*
   H. LARRY ELAM III
   Attorneys for Plaintiff
   ROBERT L. DARDEN


Dated:   July 24, 2009                     NIXON PEABODY LLP


By:  /s/ *Matthew Frankel*
   JEFFREY M. TANENBAUM
   JOSHUA M. HENDERSON
   MATTHEW J. FRANKEL
   Attorneys for Defendant
   USS-POSCO INDUSTRIES

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Matthew J. Frankel.

Dated:   July 24, 2009                     By:/s/ *H. Larry Elam*
   H. LARRY ELAM II
   Attorney for Plaintiff
   ROBERT L. DARDEN

IT IS SO ORDERED.

Dated:   JUL 3 0 2009

                                           HONORABLE CHARLES BREYER
                                           U.S. DISTRICT JUDGE